United States District Court
District Of Maine

| | | |
|---|---|---|
| Marc Sparks, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Janet Mills, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 2:20-cv-00190-LEW |

### Plaintiff's Motion for Oral Argument

Under Local Rule 7(e) and for the following reasons, Plaintiff requests oral argument on the pending motion to dismiss (ECF No. 14).

**First**, given that this case involves important constitutional due process claims concerning the distribution of unemployment benefits to a putative class of over 50 prison inmates, the significance of the claims at stake warrants oral argument on the pending motion to dismiss.

**Second**, an interactive discussion with the Court "will positively contribute to the decision-making process."[1] For example, it will likely "clarify the issues" and assist the Court to "see more of what matters and does not matter."[2]

---

[1] Stanley Mosk, In Defense of Oral Argument, 1 J. App. Prac. & Process 25, 29-30 (1999).
[2] Warren D. Wolfson, Oral Argument: Does it Matter?, 35 Indiana L. Rev. 451, 454 (2002).

**Third**, a public hearing will promote the favorable public perception of the judicial process as transparent and based on the rule of law.[3]

Defendants take no position on this motion for oral argument.

Because good cause has been shown, the Court should grant this request for oral argument.

Date: October 30, 2020

Respectfully submitted,

/s/ Carol J. Garvan
Carol J. Garvan
Shelby H. Leighton
Johnson, Webbert & Young, LLP
160 Capitol Street, Suite 3
Augusta, Maine 04330
Telephone: (207) 623-5110
Email: cgarvan@work.law
Email: sleighton@work.law


/s/ Christopher K. MacLean
Camden Law LLP
20 Mechanic Street
Camden, Maine, 04843
Telephone: (207) 236-8836
Email: chris@camdenlaw.com

*Attorneys for Plaintiff and the Putative Class*

---

[3] *See, e.g.*, D. Brock Hornby, Summary Judgment without Illusions, 13 Green Bag 2d 273, 284 (Spring 2010) (recommending that courts grant oral argument more often for the purpose of "demonstrating to the parties and the public that federal judges take seriously the determination whether cases should terminate without trial").

## Certificate of Service

      I hereby certify that on October 30, 2020, I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             /s/ Carol J. Garvan  
                                             Carol J. Garvan  
                                             Johnson, Webbert & Young, LLP  
                                             160 Capitol Street, P.O. Box 79  
                                             Augusta, Maine 04332-0079  
                                             (207) 623-5110  
                                             cgarvan@work.law