UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARC SPARKS, on behalf of himself and those similarly situated,<br>Plaintiff,<br><br>v.<br><br>JANET MILLS, et al.,<br>Defendants, | )<br>)<br>)<br>)<br>) Civil No. 2:20-cv-00190-LEW<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on Final Settlement Approval and Attorney's Fees and Expenses entered by U.S. District Court Judge Lance E. Walker on August 24, 2022,

JUDGMENT of dismissal with prejudice is hereby entered.

                                                      CHRISTA K. BERRY
                                                      CLERK

                                By:   /s/ Meghan Maker
                                          Deputy Clerk

Dated: August 24, 2022